IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>ULYSSES RAY EVANS, )<br>    Defendant, )<br> )<br>and )<br> )<br>WESCO INTEGRATED SUPPLY, INC., )<br>    Garnishee. ) | CASE NO. DNCW3:01CR182-1<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant is DISMISSED.

**SO ORDERED**.       Signed: June 2, 2021

_____
David S. Cayer
United States Magistrate Judge